[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 20-11081

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

CARLOS EDJUAN ELDER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:17-cr-00208-WTM-CLR-11

_____

Before JORDAN, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

Elizabeth Pavlis, appointed counsel for Carlos Elder in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mr. Elder's conviction and sentence are **AFFIRMED**.[1]

---

[1] Given that this is a direct appeal, we do not address any ineffective assistance of counsel issues.